UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO TECHNOLOGY, INC.

    Plaintiff(s),

    v.

SOLGAR, INC.

    Defendant(s).
_____/

No. C-10-05571 (EDL)

ORDER CONTINUING CASE MANAGEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

The conference scheduled for March 22, 2011 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 is hereby continued until April 19, 2011. A joint case management statement shall be due no later than April 12, 2011.

**IT IS SO ORDERED.**

Dated: March 21, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge